Adam W. Boyd, Esq.
*Adam.Boyd@ghp-law.net*
GIBBS HOUSTON PAUW LLP
1000 2nd Ave #1600
Seattle, WA 98104
Tel: (206) 682-1080

Judith L. Wood, Esq.
*Judy@igc.org*
LAW OFFICE OF JUDITH L. WOOD
201 S Santa Fe Ave #101
Los Angeles, CA 90012
Tel: (213) 680-7801

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGON
### AT ~~TACOMA~~ <u>SEATTLE</u>

| | |
|---|---|
| OGANES DOGANYAN,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:25-cv-05097-JLR-MLP<br>*[Assigned to the Hon. James L. Robert, District Judge; and to the Hon. Michelle L. Peterson, Magistrate Judge]*<br><br>[~~PROPOSED~~] ORDER RE: PETITIONER OGANES DOGANYAN'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PRJEUDICE<br><br>~~*[Motion filed concurrently herewith]*~~ |

WHEREAS, this matter comes before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice.  <u>Respondents do not oppose Petitioner's Motion.  (*See* Dkt. #13) at 2.)</u>  Having reviewed the motion and all relevant filings, and good cause appearing,

THEREFORE, IT IS HEREBY ORDERED as follows:

1. Petitioner's Motion for Voluntary Dismissal Without Prejudice is GRANTED <u>(Dkt. # 13)</u>.
2. The Petition for Writ of Habeas Corpus (Dkt. No. 1) is DISMISSED WITHOUT PREJUDICE.  <u>United States Magistrate Judge Michelle L. Peterson's Report and Recommendation is DENIED as moot (Dkt. # 12).</u>
3. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: June 4, 2025

By: _____
The Honorable James L. Robart
District Court Judge